UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
                                                                        :
             -v-                                                        :       18-CR-269-1 (JMF)
                                                                        :
RAMIRO ALFONSO AYON,                                                    :       ORDER
                                                                        :
                           Defendant.                                   :
                                                                        :
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On September 9, 2020, Defendant filed a motion for appointment of counsel to help file a compassionate release motion pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* ECF No. 95. Upon review of the motion, the Court concludes that it is appropriate to appoint counsel for Defendant pursuant to the Criminal Justice Act. Former counsel has graciously agreed to accept appointment. Accordingly, Julia Gatto of Federal Defenders of New York is hereby appointed as counsel to handle Defendant's motion (and any other application relating to COVID-19).

       Unless and until the Court orders otherwise, any motion shall be filed **within three weeks of the date of this Order**; any opposition shall be filed **within two weeks of any motion**; and any reply shall be filed **within one week of any opposition**. If counsel believe that a modification of that schedule is appropriate, they shall confer and submit a letter motion to that effect.

       SO ORDERED.

Dated: September 14, 2020
      New York, New York                                                  JESSE M. FURMAN
                                                                  United States District Judge